| Attorney or Party without Attorney: <br> Michael Cosentino, Attorney at Law <br> P.O. Box 129 <br> Alameda, CA 94501 <br> Telephone No: 510-523-4702   FAX No: 510-747-1640 | | | | For Court Use Only <br> **FILED** <br> AUG 27 2008 <br> RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT, <br> NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|
| Ref. No. or File No.: | | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of California | | | | |
| Plaintiff: United States Of America, et al | | | | |
| Defendant: Julius H Hughey, et al | | | | |
| **PROOF OF SERVICE S&C** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV082500 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint

3. a. *Party served:*   Julius H. Hughey aka Julius Harmond Hughey aka Julius Hughey aka J. Harmond Hughey
   b. *Person served:*   Shima Lal, clerk, Indian, Female, 28 Years Old, Black Hair, 5 Feet 6 Inches, 150 Pounds

4. *Address where the party was served:*   The UPS Store
   3145 Geary Blvd. #735
   San Francisco, Ca 94118

5. *I served the party:*
   b. **by substituted service.** On: Mon., Aug. 11, 2008 at: 5:30PM I left the documents listed in item 2 with or in the presence of:
      Shima Lal, clerk
   (3) **(physical address unknown)**Usual Place of Mailing Person in charge over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**
   a. Paul Ollerton

   LEGAL EXPRESS LTD.
   1831 HARTMAN LN.
   P. O. BOX 808001
   PETALUMA, CA 94975-8001
   PHONE 707-765-6765
   FAX 707-765-6762

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee for Service was:**   $55.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   405
      (iii) County:   San Mateo

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:Thu, Aug. 14, 2008

(Paul Ollerton)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
S&C

cosent.165441

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Michael Cosentino, Attorney at Law<br>P.O. Box 129<br>Alameda, CA 94501 | | | | |
| Telephone No: 510-523-4702 | FAX No: 510-747-1640 | | | |
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court - Northern District Of California | | | | |
| Plaintiff: United States Of America, et al | | | | |
| Defendant: Julius H Hughey, et al | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV082500 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons and Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Thu., Aug. 14, 2008
   b. Place of Mailing:        Petaluma, Ca 94975
   c. Addressed as follows:    Julius H. Hughey aka Julius Harmond Hughey aka Julius Hughey aka J. Harmond Hughey
                               The UPS Store
                               3145 Geary Blvd. #735
                               San Francisco, Ca 94118

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Aug. 14, 2008 in the ordinary course of business.

5. *Person Serving:*                                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ioanna Asimos                              d. *The Fee for Service was:*   $55.00
   b. Legal Express Limited                      e. I am: (3) registered California process server
      P.O. Box 808001                                  (i)   Independent Contractor
      Petaluma, Ca 94975                               (ii)  Registration No.:   115
   c. 707 765-6765, FAX 707-765-6762                   (iii) County:             Marin

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Aug. 14, 2008

                                                                                        (Ioanna Asimos)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007                 PROOF OF SERVICE
                                                       By Mail                            cosent.165441

| Attorney or Party without Attorney: Michael Cosentino, Attorney at Law<br>P.O. Box 129<br>Alameda, CA 94501 | | For Court Use Only |
|---|---|---|
| Telephone No: 510-523-4702    FAX: No: 510-747-1640 | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: United States District Court - Northern District Of California |
|---|
| Plaintiff: United States Of America, et al |
| Defendant: Julius H Hughey, et al |

| **Due Diligence**<br>S&C | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV082500 |
|---|---|---|---|---|

1. I, Paul Ollerton, and any employee or independent contractors retained by Legal Express Limited are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Julius H. Hughey aka Julius Harmond Hughey aka Julius Hughey aka J. Harmond Hughey as follows:

2. *Documents:*    Summons and Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 08/08/08 | 6:50pm | Usual | Not able to serve personally at this location, place of mailing only; Attempt made by: Paul Ollerton. Attempt at: The UPS Store 3145 Geary Blvd. #735 San Francisco Ca. 94118. |
| Sat | 08/09/08 | 8:40am | Usual | Not able to serve personally at this location, place of mailing only; Attempt made by: Paul Ollerton. Attempt at: The UPS Store 3145 Geary Blvd. #735 San Francisco Ca. 94118. |
| Sun | 08/10/08 | 5:05pm | Usual | Not able to serve personally at this location, place of mailing only; Attempt made by: Paul Ollerton. Attempt at: The UPS Store 3145 Geary Blvd. #735 San Francisco Ca. 94118. |
| Mon | 08/11/08 | 5:30pm | Usual | Substituted Service effected by leaving copy of the document(s) with; Shima Lal, clerk. Attempt made by: Paul Ollerton. Attempt at: The UPS Store 3145 Geary Blvd. #735 San Francisco Ca. 94118. |

3. *Person Executing*
   a. Paul Ollerton
   b. **Legal Express Limited**
      P.O. Box 808001
      Petaluma, Ca 94975
   c. 707 765-6765, FAX 707-765-6762

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. **The Fee** for service was: $55.00
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*    405
      (iii) *County:*    San Mateo

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Paul Ollerton

   Date: Thu, Aug. 14, 2008    **Due Diligence**    (Paul Ollerton)    cosent.165441